**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSEPH CASSOUTT                                    Case No. 3:18-cv-843-J-32PDB

       Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC and
COMPLETE RECOVERY CORPORATION,

       Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Joseph Cassoutt ("Cassoutt") and Defendants Comcast Cable Communications, LLC and Complete Recovery Corporation (collectively, "Defendants") have settled the above-captioned matter; and

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and     between Cassoutt and Defendants, through their respective counsel, that the above-captioned matter and all claims for relief asserted therein are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each of the parties shall bear his/its own attorneys' fees, costs and other expenses incurred or to be incurred in connection with this action and the Settlement Agreement.

**IT IS SO STIPULATED.**

s/ *Joshua R. Kersey*
Joshua R. Kersey, Esq.
Florida Bar No.: 87578
**MORGAN & MORGAN, P.A.**
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 225-6734
Facsimile: (813) 222-2490
JKersey@ForThePeople.com
CheyenneReed@ForThePeople.com

*Attorneys for Plaintiff*
*Joseph Cassoutt*

s/ *Sheldon A. Philp*
Sheldon A. Philp
Florida Bar No.: 020123
**WHITE & CASE LLP**
200 S. Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone:  (305) 371-2700
Facsimile: (305) 358-5744
sphilp@whitecase.com

*Attorneys for Defendant Comcast Cable*
*Communications, LLC*

s/ *Matthew C. Luzadder*
Matthew C. Luzadder, Esq.
Florida Bar No.: 011286
**KELLEY DRYE & WARREN LLP**
333 W. Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone:  (312) 857-7070
Facsimile: (312) 857-7095
mluzadder@kelleydrye.com

*Attorneys for Defendant Complete Recovery*
*Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 20th, 2019, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF filing system, which will send a notice of electronic filing to all parties of record.

By:   s/ *Joshua R. Kersey*