# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOSEPH CASSOUTT,

    Plaintiff,

v.                                       Case No.   3:18-cv-843-J-32PDB

COMCAST CABLE
COMMUNICATIONS, LLC and
COMPLETE RECOVERY
CORPORATION,

    Defendants.

_____

## **O R D E R**

Upon review of Joint Stipulation of Dismissal With Prejudice (Doc. 14), filed on May 20, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of May, 2019.

                                                          TIMOTHY J. CORRIGAN
                                                          United States District Judge

sej
Copies:

2

Counsel of record